## Jackson Unemployment Compensation Case.

Argued March 23, 1966. *Nettie Jackson,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

HOFFMAN and SPAULDING, JJ., dissented.

## Jake's Bar and Grill Liquor License Case.

Argued March 21, 1966. *I. Reines Skier,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Thomas F. Gill,* for appellee.

Order affirmed.

WRIGHT, J., dissented.